UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-847 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JAMES GRAY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on July 26, 2023.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on March 6, 2025. The defendant admitted to the following violation:

1. Unavailable For Supervision;
2. Treatment Noncompliance; and
3. New Law Violation

The magistrate judge filed a report and recommendation on March 6, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

---

[1] A superseding violation report was filed on March 11, 2025, to provide an update to the Court.

A final supervised release violation hearing was conducted on March 13, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Jeffrey Lazarus, representing the defendant; the defendant James Gray, and United States Probation Officers Bethani Lang and Mark Shannon.

The parties waived the 14-day objection period, and no objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 6 months, with credit for time served to date. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: March 13, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**